AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| THOMPSON, ANNE E | U.S. DISTRICT COURT | 05/28/2008 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

DISTRICT JUDGE - SENIOR STATUS

**5a. Report Type** (check appropriate type)

[ ] Nomination,    Date
[ ] Initial    [✓] Annual    [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2007
to
12/31/2007

**7. Chambers or Office Address**

402 E. STATE STREET
ROOM 4000
TRENTON, NJ 08608

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

---

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER - CRIMINAL LAW DRAFTING COMMITTEE | NATIONAL CONFERENCE OF BAR EXAMINERS |
| 2. | CO-TRUSTEE | TRUST #1 -- U/W ███ ART. FIFTH |
| 3. | CO-TRUSTEE | TRUST #2 -- U/W ███ ART. SIXTH |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

FINANCIAL DISCLOSURE OFFICE
2008 JUN -6 A 11:32
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/28/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | NATIONAL CONFERENCE OF BAR EXAMINERS -- FEES EARNED FOR DRAFTING, EDITING & REVISING BAR EXAM QUESTIONS & EVALUATING PERFORMANCE OF TEST QUESTIONS | $ 6,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NATIONAL CONFERENCE OF BAR EXAMINERS | APRIL 2007 | SAN ANTONIO, TX | ACTIVITY OF ORGANIZATION | AIRFARE, HOTEL, LOCAL TRANSPORTATION, MEALS |
| 2. | NATIONAL CONFERENCE OF BAR EXAMINERS | SEPTEMBER 2007 | SAN FRANCISCO, CA | ACTIVITY OF ORGANIZATION | AIRFARE, HOTEL, LOCAL TRANSPORTATION, MEALS |
| 3. | | | | | |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| THOMPSON, ANNE E | 05/28/2008 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/28/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. VANGUARD U.S. GROWTH FUND | A | Dividend | K | T | | | | | |
| 2. VANGUARD INTERNATIONAL GROWTH FUND | C | Dividend | K | T | | | | | |
| 3. SUN NAT'L BANK CHECKING A/C | A | Interest | J | T | | | | | |
| 4. SUN NAT'L CHECKING #2 (changed from Money Market type acct) | B | Interest | M | T | | | | | |
| 5. SUN NAT'L BANK CD | | None | | | CLOSED | | | | |
| 6. DUKES COUNTY BANK | | None | J | T | | | | | |
| 7. ING DIRECT | A | Interest | J | T | OPENED | | | | |
| 8. GLENMEDE TAX-EXEMPT FUND | A | Int./Div. | J | T | | | | | |
| 9. NATIONAL CITY CORP | A | Dividend | | | SOLD | 04/02 | J | A | |
| 10. AMGEN | | None | | | SOLD | 02/23 | J | B | |
| 11. VERIZON COMMUNICATIONS | A | Dividend | | | SOLD | 05/04 | J | B | |
| 12. IDEARC INC | | None | | | SOLD | 01/18 | J | A | |
| 13. GENENTECH INC | | None | J | T | PARTIAL SALE | 01/17 | J | B | |
| 14. CITIGROUP INC | A | Dividend | | | PARTIAL SALE | 01/17 | J | A | |
| 15. CITIGROUP INC | A | Dividend | | | SOLD | 11/05 | J | A | |
| 16. TALISMAN ENERGY | A | Dividend | J | T | PARTIAL SALE | 09/19 | J | B | |
| 17. 3M CO. | A | Dividend | | | SOLD | 07/26 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  MEDTRONIC INC | A | Dividend | | | SOLD | 03/02 | J | A | |
| 19.  ILLINOIS TOOL WORKS | A | Dividend | | | SOLD | 02/09 | J | A | |
| 20.  APPLE COMPUTER | | None | J | T | | | | | |
| 21.  AMERICAN INTERNATIONAL GROUP | A | Dividend | J | T | | | | | |
| 22.  TEVA PHARMACEUTICAL | A | Dividend | | | SOLD | 06/22 | J | A | |
| 23.  EQUITABLE RESOURCES | A | Dividend | J | T | | | | | |
| 24.  NII HOLDINGS | | None | | | BUY | 01/11 | J | | |
| 25.  NII HOLDINGS | | None | | | SOLD | 12/27 | J | A | |
| 26.  PROCTER & GAMBLE | A | Dividend | J | T | BUY | 02/20 | J | | |
| 27.  NORDSTROM | A | Dividend | | | BUY | 03/14 | J | | |
| 28.  NORDSTROM | A | Dividend | | | SOLD | 10/18 | J | A | |
| 29.  CISCO SYSTEMS | | None | J | T | BUY | 03/14 | J | | |
| 30.  VALERO ENERGY CORP | A | Dividend | J | T | BUY | 03/23 | J | | |
| 31.  WACHOVIA CORP | A | Dividend | | | BUY | 05/04 | J | | |
| 32.  WACHOVIA CORP | A | Dividend | | | SOLD | 10/19 | J | A | |
| 33.  JOY GLOBAL INC | A | Dividend | J | T | BUY | 05/15 | J | | |
| 34.  FPL GROUP | A | Dividend | J | T | BUY | 07/26 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ACE LIMITED | A | Dividend | J | T | BUY | 08/01 | J | | |
| 36. MCDERMOTT INTERNATIONAL | | None | J | T | BUY | 09/19 | J | | |
| 37. TEXAS INSTRUMENTS | A | Dividend | J | T | BUY | 10/17 | J | | |
| 38. HANSEN NATURAL CORP | | None | J | T | BUY | 11/08 | J | | |
| 39. ITT EDUCATIONAL SERVICES | | None | J | T | BUY | 12/18 | J | | |
| 40. TRUST #1 -- U/W ● ART. FIFTH | D | Dividend | O | T | | | | | |
| 41. -- MIDDLESEX CNTY NJ BOND | | | | | SOLD | 09/15 | K | A | |
| 42. -- DELAWARE RIVER PORT AUTH BOND | | | | | | | | | |
| 43. -- LINDENWOLD BORO NJ BOND | | | | | | | | | |
| 44. -- NJ STATE TPK AUTH BOND | | | | | PARTIAL SALE | 01/01 | J | A | |
| 45. -- PORT AUTH NY & NJ BOND | | | | | SOLD | 10/01 | J | A | |
| 46. -- COLUMBIA MONEY MARKET FUND (renamed from Galaxy) | | | | | | | | | |
| 47. -- FIDELITY ADV STRAT OPPT FUND CL. I | | | | | SOLD | 03/19 | K | D | |
| 48. -- FIDELITY DIVERSIFIED INT'L FUND | | | | | PARTIAL SALE | 10/03 | K | E | |
| 49. -- COLUMBIA ACORN FUND CL. Z | | | | | PARTIAL SALE | 10/03 | J | C | |
| 50. -- COLUMBIA ACORN SELECT FUND | | | | | BUY | 01/11 | K | | |
| 51. -- COLUMBIA MID-CAP VALUE FUND CL. Z | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/28/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- FIDELITY STRATEGIC INCOME FUND | | | | | BUY MORE | 03/19 | K | | |
| 53. -- DODGE & COX FUND | | | | | BUY MORE | 10/03 | K | | |
| 54. -- COLUMBIA MARISCO GROWTH FUND | | | | | BUY MORE | 05/02 | L | | |
| 55. -- BOND, BRANCHBURG TWP, NJ | | | | | BUY | 10/11 | L | | |
| 56. -- COLUMBIA MARISCO 21ST CENTURY FUND | | | | | BUY | 03/19 | K | | |
| 57. -- COLUMBIA MARISCO 21ST CENTURY FUND | | | | | PARTIAL SALE | 10/03 | J | B | |
| 58. TRUST #2 -- U/W ▉ ART. FIFTH | B | Dividend | O | T | | | | | |
| 59. -- BURLINGTON COUNTY NJ BOND | | | | | | | | | |
| 60. -- NJ HEALTH CARE FACS BOND | | | | | | | | | |
| 61. -- NJ STATE TRANSIT CORP BOND | | | | | | | | | |
| 62. -- MIDDLESEX COUNTY NJ BOND | | | | | SOLD | 09/15 | K | A | |
| 63. -- OCEAN CITY NJ BOND | | | | | | | | | |
| 64. -- COLUMBIA MONEY MARKET FUND (renamed from Galaxy) | | | | | | | | | |
| 65. -- FIDELITY DIVERSIFIED INT'L FUND | | | | | | | | | |
| 66. -- COLUMBIA ACORN FUND CL. Z | | | | | | | | | |
| 67. -- COLUMBIA ACORN SELECT FUND | | | | | BUY | 01/11 | K | | |
| 68. -- COLUMBIA MID-CAP VALUE FUND CL. Z | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- DODGE & COX STOCK FUND | | | | | PARTIAL SALE | 10/03 | J | C | |
| 70. -- COLUMBIA MARISCO GROWTH FUND | | | | | PARTIAL SALE | 10/03 | J | C | |
| 71. -- BOND, BRANCHBURG TWP, NJ | | | | | BUY | 10/11 | L | | |
| 72. TRUST #3 -- ▮▮TRUST FBO A.T. | | None | | | DISTRIBUTION | 09/21 | J | A | |
| 73. -- GLAXY MONEY MARKET FUND | | | | | SOLD | 09/21 | J | A | |
| 74. -- COLUMBIA HIGH YIELD | | | | | SOLD | 07/11 | J | A | |
| 75. -- FIDELITY ADV DIV GRWTH SER I FD | | | | | PARTIAL SALE | 03/19 | J | A | |
| 76. -- FIDELITY ADV DIV GRWTH SER I FD | | | | | SOLD | 07/11 | K | D | |
| 77. -- FIDELITY DIVERSIFIED INT'L FD | | | | | PARTIAL SALE | 03/19 | J | A | |
| 78. -- FIDELITY DIVERSIFIED INT'L FD | | | | | SOLD | 07/11 | J | C | |
| 79. -- COLUMBIA ACORN FUND CL-Z | | | | | SOLD | 07/11 | J | B | |
| 80. -- FLEET GOVT CREDIT FUND | | | | | PARTIAL SALE | 03/31 | J | A | |
| 81. -- FLEET GOVT CREDIT FUND | | | | | SOLD | 07/31 | K | A | |
| 82. GLENMEDE TRUST IRA | E | Distribution | O | T | | | | | |
| 83. -- GLENMEDE FUND CORE FIXED INCOME | | | | | | | | | |
| 84. -- VERIZON GLOBAL BOND | | | | | SOLD | 06/15 | K | A | |
| 85. -- BANK OF AMERICA BOND | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- CON EDISON BOND | | | | | SOLD | 05/21 | K | A | |
| 87. -- CORP BACKED TRUST CERTS BOND | | | | | | | | | |
| 88. -- CORTS GE CAPITAL BOND | | | | | | | | | |
| 89. -- ING GROUP BOND | | | | | | | | | |
| 90. -- GENERAL ELECTRIC | | | | | | | | | |
| 91. -- VERIZON COMMUNICATIONS | | | | | SOLD | 05/04 | J | B | |
| 92. -- IDEARC INC | | | | | SOLD | 01/18 | J | A | |
| 93. -- ANDARKO PETROLEUM | | | | | SOLD | 06/04 | K | D | |
| 94. -- CHEVRONTEXACO | | | | | | | | | |
| 95. -- EXXON MOBIL | | | | | PARTIAL SALE | 10/30 | J | D | |
| 96. -- BANK OF AMERICA | | | | | | | | | |
| 97. -- CITIGROUP | | | | | | | | | |
| 98. -- WASHINGTON MUTUAL | | | | | SOLD | 03/28 | J | A | |
| 99. -- JOHNSON & JOHNSON | | | | | | | | | |
| 100. -- MICROSOFT CORP | | | | | | | | | |
| 101. -- DUKE ENERGY | | | | | | | | | |
| 102. -- GLENMEDE GOVT CASH FUND | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- TALISMAN ENERGY | | | | | PARTIAL SALE | 06/05 | J | D | |
| 104. -- FNMA DTD 2/18/04 | | | | | | | | | |
| 105. -- U.S. TREAS. NOTES DTD 8/5/01 5% | | | | | SOLD | 12/04 | K | B | |
| 106. -- AMGEN | | | | | SOLD | 02/23 | J | B | |
| 107. -- GLENMEDE INT'L FUND | | | | | | | | | |
| 108. -- DEVON ENERGY GROUP | | | | | PARTIAL SALE | 10/31 | J | D | |
| 109. -- MERRILL LYNCH BOND | | | | | | | | | |
| 110. -- GENENTECH INC. | | | | | BUY MORE | 06/26 | J | | |
| 111. -- EQUITABLE RESOURCES INC | | | | | PARTIAL SALE | 06/26 | J | B | |
| 112. -- 3M CO. | | · | | | SOLD | 07/26 | J | B | |
| 113. -- WEATHERFORD INT'L LTD. | | | | | PARTIAL SALE | 06/18 | J | C | |
| 114. -- APPLE COMPUTER | | | | | PARTIAL SALE | 05/14 | J | C | |
| 115. -- MEDTRONIC INC | | | | | SOLD | 03/02 | J | A | |
| 116. -- ILLINOIS TOOL WORKS | | | | | SOLD | 02/09 | K | C | |
| 117. -- AMERICAN INTERNATIONAL GROUP | | | | | | | | | |
| 118. -- UNITEDHEALTH GROUP | | | | | BUY MORE | 07/31 | J | | |
| 119. -- QUALCOMM CORP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- TEVA PHARMACEUTICAL | | | | | SOLD | 06/21 | J | A | |
| 121. -- EXPEDITORS INT'L | | | | | SOLD | 03/08 | J | A | |
| 122. -- EXPRESS SCRIPTS | | | | | SOLD | 02/13 | J | B | |
| 123. -- U.S. TREAS NOTES DTD 10/31/06 4.875% | | | | | | | | | |
| 124. -- RIO TINTO PLC | | | | | | | | | |
| 125. -- SPECTRA ENERGY | | | | | RECD SPINOFF | 01/03 | J | | |
| 126. -- SPECTRA ENERGY | | | | | SOLD | 09/07 | J | B | |
| 127. -- NII HOLDINGS | | | | | BUY | 01/11 | J | | |
| 128. -- MCDERMOTT INTERNATIONAL | | | | | BUY | 01/26 | J | | |
| 129. -- PROCTER & GAMBLE | | | | | BUY | 02/20 | J | | |
| 130. -- CISCO SYSTEMS | | | | | BUY | 03/14 | J | | |
| 131. -- NORDSTROM | | | | | BUY | 03/14 | J | | |
| 132. -- TXU CORPORATION | | | | | BUY | 03/19 | J | | |
| 133. -- TXU CORPORATION | | | | | SOLD | 09/24 | J | A | |
| 134. -- VALERO ENERGY CORP | | | | | BUY | 03/23 | J | | |
| 135. -- WACHOVIA CORP | | | | | BUY | 05/04 | J | | |
| 136. -- JOY GLOBAL | | | | | BUY | 05/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- JOY GLOBAL | | | | | BUY MORE | 07/26 | J | | |
| 138. -- WELLPOINT INC | | | | | BUY | 05/17 | J | | |
| 139. -- FPL GROUP | | | | | BUY | 07/26 | J | | |
| 140. -- NEUSTAR INC | | | | | BUY | 07/30 | J | | |
| 141. -- ACE LIMITED | | | | | BUY | 08/01 | J | | |
| 142. -- GOLDMAN SACHS | | | | | BUY | 08/01 | J | | |
| 143. -- GOLDMAN SACHS | | | | | SOLD | 11/02 | J | B | |
| 144. -- NVIDIA CORP | | | | | BUY | 08/17 | J | | |
| 145. -- HANSEN NATURAL CORP | | | | | BUY | 09/06 | J | | |
| 146. -- HANSEN NATURAL CORP | | | | | SOLD | 11/01 | J | C | |
| 147. -- HANSEN NATURAL CORP | | | | | BUY | 11/08 | J | | |
| 148. -- TEXAS INSTRUMENTS | | | | | BUY | 10/17 | J | | |
| 149. -- ACCENTURE LTD | | | | | BUY | 11/20 | J | | |
| 150. -- AT&T | | | | | BUY | 11/21 | J | | |
| 151. -- BOND, FREDDIE MAC | | | | | BUY | 12/18 | K | | |
| 152. -- ITT EDUCATIONAL SERVICES | | | | | BUY | 12/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/28/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544